MARLO, Respondent, v. MORNING TELE-GRAPH CO., Appellant. (Supreme Court, Appellate Division, First Department. June 11, 1915.) Action by George M. Marlo against the Morning Telegraph Company. B. Patterson, of New York City, for appellant. F. H. Rees, of New York City, for respondent.

PER CURIAM. Order modified, by allowing plaintiff to discontinue on payment of costs in the action, to be taxed, within ten days after the same are taxed. If such costs are not so paid, the motion to discontinue is denied, with $10 costs and disbursements to defendant. Settle order on notice.

MARONEY, Respondent, v. MANUELL, Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1915.) Action by John F. Maroney against Lawrence C. Manuell. No opinion. Order affirmed, with $10 costs and disbursements.

MARQUART, Appellant, v. ELMIRA, C. & W. RY., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 12, 1915.) Action by Della Marquart against the Elmira, Corning & Waverly Railway. No opinion. Appeal dismissed, without costs, upon stipulation filed.

MARSHALL, Appellant, v. SACKETT & WILHELMS CO., Respondent. (Supreme Court, Appellate Division, Second Department. May 7, 1915.) Action by Mary Marshall, as administratrix of Willis C. Marshall, deceased, against the Sackett & Wilhelms Company. No opinion. Order modified, so as to grant the motion upon payment of all the taxable costs, including those on the former appeal, and, as so modified, affirmed, without costs. See, also, 166 App. Div. 141, 151 N. Y. Supp. 1045.

MARTIN, Respondent, v. SMITH BROS. PLUMBING CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1915.) Action by Sarah Martin against the Smith Bros. Plumbing Company. No opinion. Judgment and order of the County Court of Queens County unanimously affirmed, with costs. See, also, 152 N. Y. Supp. 1126.

MARX & RAWOLLE, Respondents, v. AMERICAN DRUGGISTS' SYNDICATE, Appellant. (Supreme Court, Appellate Division, Second Department. May 7, 1915.) Action by Marx & Rawolle against the American Druggists' Syndicate. No opinion. Judgment and order unanimously affirmed, with costs, on authority of Marx & Rawolle v. American Druggists' Syndicate, 161 App. Div. 950, 146 N. Y. Supp. 1100.

MASON–SEAMAN TRANSP. CO. v. MITCHEL, Mayor, et al. (Supreme Court, Appellate Division, First Department. May 14, 1915.) Action by the Mason-Seaman Transportation Company against John Purroy Mitchel, as Mayor, etc., and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 152 N. Y. Supp. 1127; 89 Misc. Rep. 230, 153 N. Y. Supp. 461.

MAUTZ, Respondent, v. CONSOLIDATED RENDERING CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. April 28, 1915.) Action by Gilbert Mautz against the Consolidated Rendering Company and others. No opinion. Appeal dismissed, unless appellants file and serve briefs within the times specified in the order entered, pay $10 to respondent's attorney, and stipulate that the case may be argued on May 25, 1915.

MAYERS v. BARRETT. (Supreme Court, Appellate Division, First Department. May 28, 1915.) Action by Eugenie Mayers against William M. Barrett. No opinion. Motion denied, with $10 costs. Order filed.

MAYOR, LANE & CO. v. COMMERCIAL INS. CO. (Supreme Court, Appellate Division, First Department. May 28, 1915.) Action by Mayor, Lane & Co. against the Commercial Insurance Company. No opinion. Application granted. Order signed.

MEISLE, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant, et al. (No. 7317.) (Supreme Court, Appellate Division, First Department. May 21, 1915.) Appeal from Trial Term, New York County. Action by Nellie Meisle, as administratrix, etc., against the New York Central & Hudson River Railroad Company, impleaded, etc. From a judgment entered upon the verdict of a jury, and from an order denying a motion for a new trial, said defendant appeals. Reversed, and complaint dismissed. Robert A. Kutschback, of New York City, for appellant. Frank X. Sullivan, of New York City, for respondent.

PER CURIAM. We think there was no evidence to justify the verdict of the jury that the defendant was negligent, or that it could have anticipated such an accident as occurred, and which resulted in the death of the plaintiff's intestate. The judgment is therefore reversed, with costs, and the complaint dismissed, with costs. Order filed.

LAUGHLIN, J., dissents, and votes for affirmance.

MELOWSKY, Appellant, v. COHEN, Respondent. (Supreme Court, Appellate Division, Second Department. May 28, 1915.) Action by Annie Melowsky against David Cohen.

PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment and order of the County Court of Kings County reversed, and new trial ordered, costs to abide the event, upon the ground that plaintiff was not estopped by the testimony of Lena Ginsberg from proving that